CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Ta'von S. Beasley Sr.    084227
**Full Name of Plaintiff**    **Inmate Number**

Civil No. 3:24-CV-1665
                1983
(to be filled in by the Clerk's Office)

v.

Walton
**Name of Defendant 1**

(X) Demand for Jury Trial
(__) No Jury Trial Demand

DCP
**Name of Defendant 2**

Primre Care
**Name of Defendant 3**

FILED
SCRANTON

SEP 30 2024

Per _____
DEPUTY CLERK

**Name of Defendant 4**

**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

I.  **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

X   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

Sr. Beasley Ta'von S.
Name (Last, First, MI)

084227
Inmate Number

DCP (Dauphin County Prison)
Place of Confinement

501 Mall Road
Address

HBG, Dauphin, Pa 17111
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
_X_ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:
Walton "Bubba" aka alias
Name (Last, First)

Correctional Officer
Current Job Title

501 Mall Rd
Current Work Address

HBG, Dauphin, 17111 Pa
City, County, State, Zip Code

Page 2 of 6

Defendant 2:

County Dauphin
Name (Last, First)

Petson board Chairman
Current Job Title

Sol mau Rd.
Current Work Address

HBG, Dauphin, Pa 17111
City, County, State, Zip Code


Defendant 3:

Care Prime
Name (Last, First)

Medical
Current Job Title

Sol mall Rd.
Current Work Address

HBG, Dauphin, Pa 17111
City, County, State, Zip Code


Defendant 4:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code


Defendant 5:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

(M block) Medical/mental health pod 14 cell approx.

B. On what date did the events giving rise to your claim(s) occur?

Oct, 14th 2022 Approximately

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

Mr. Walton aka Bubba would not allow me to use a tablet, when asked while Inmate was sleep for law library he denied and told me later, which lunch time was passing I asked again he told me no since I became a little aggressive without psych meds I was informed to take. I took meds after calling for nurse Katelyn who didn't show up but Lpn Cheree did. I was placed in the hole for Walton's consideration on Cufaro behalf of treatment. But wasn't moved because he threatened me, you wanna be moved to P block ta'von I cursed him as he did me. He also said you know who I am and I said my grandma taught me not to trust mason's. Then Jilligan Cufaro, had me placed in lock's that day. Next day I refused to move, Days later I was forcively moved by CERT and a Captain who knew my issues and I was

to be housed there mentally not the regular hole. Walton told them I faked my mental diagnoses. Under cell movement another guard flooded my damage intentionally.

IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Abused Conditions and personal Grievances from other petitioners added.

V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

My finger was intentionally broken to face mental trauma and the hardship Conditions make it even worse.

VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I am seeking monetary relief and personal private assets. I want...

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*Javon Beasley*

Signature of Plaintiff

9-20-24

Date

