IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TA'VON S. BEASLEY, | : | Civil No. 3:24-cv-1665 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CORRECTIONAL OFFICER WALTON, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 21st day of April, 2025, upon consideration of the motion (Doc. 19) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) by Defendant Walton, and in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 19) to dismiss by Defendant Walton is **GRANTED.** The Clerk of Court is directed to **TERMINATE** Correctional Officer Walton as a Defendant in this action.

2. The claims against PrimeCare Medical, Inc. are **DISMISSED** without prejudice and with leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff may file, on or before May 7, 2025, a proposed second amended complaint only with respect to his claims against PrimeCare Medical, Inc.

4. The proposed second amended complaint shall contain the same case number that is already assigned to this action, 3:24-cv-1665.

5. The proposed second amended complaint shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter or any other civil matter. See FED. R. CIV. P. 8(d)(1).

6. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an Order of Court and will result in the striking of the proposed second amended complaint. See FED. R. CIV. P. 20(a)(2).

7. Failure to file a proposed second amended complaint within the timeframe set forth in paragraph 3 will convert the remaining dismissal of the amended complaint without prejudice to a dismissal with prejudice without the necessity of a further Order of Court.

8. Any appeal from this Order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge